**MORTGAGE RECOVERY LAW GROUP LLP**
MICHAEL H. DELBICK (State Bar No. 139200)
PAUL A. LEVIN (State Bar No. 229077)
LAUREN M. GIBBS (State Bar No. 251569)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900 ♦ Facsimile: (818) 630-7920
E-mail: michael.delbick@mortgagerecoveries.com
   paul.levin@mortgagerecoveries.com
   lauren.gibbs@mortgagerecoveries.com

JS-6

**Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>EMERY FEDERAL CREDIT UNION, a federally-chartered credit union, EMERY FINANCIAL SERVICES, INC., an Ohio corporation,<br><br>Defendants. | Case No. SACV 14-251 JVS JPRx<br><br>Honorable Judge James V. Selna<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1     Having considered the parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing, the Court orders as follows:

1. The claims in this action are hereby dismissed with prejudice;
2. Each party to this action shall bear its own costs and attorney's fees; and
3. This Court shall retain jurisdiction of this matter to enforce the terms of the executed settlement agreement, if necessary.

**IT IS SO ORDERED.**

DATED: January 06, 2015     _____
                                                Hon. James V. Selna
                                                United States District Court Judge